# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KATHY KRANER, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-0789-CV-W-DW |
| BOB EVANS FARMS, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's notice of dismissal without prejudice (Doc. 4). Pursuant to Fed R. Civ. P. 41(a)(1), the plaintiff may voluntarily dismiss her case, without order of the Court, before the adverse party has answered. To date, no answer has been filed. Accordingly, the above-captioned action shall be dismissed *without prejudice*.

Date: November 1, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court